United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8        IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11   IN RE: YOSEMITE NATIONAL PARK          **MDL Docket No. C 14-2532 MMC**
     HANTAVIRUS LITIGATION
12                                          **ORDER SCHEDULING CASE**
     _____        **MANAGEMENT CONFERENCE;**
13                                          **DIRECTIONS TO PARTIES**
     THIS DOCUMENT RELATES TO:
14        ALL CASES

15   _____/

16
17        By order filed June 4, 2014, the Judicial Panel on Multidistrict Litigation ("JPML")

18   transferred two actions to this District for coordinated or consolidated pretrial proceedings

19   with two actions filed in this District.  Thereafter, by order filed June 10, 2014, the JPML

20   transferred two additional actions to this District for such pretrial proceedings.

21        A Case Management Conference is hereby SCHEDULED for July 25, 2014, at 10:30

22   a.m., in Courtroom 7.  A Joint Case Management Statement shall be filed no later than July

23   18, 2014.  In the Joint Case Management Statement, the parties shall address:

24        a.  the topics set forth in the Standing Order for All Judges of the Northern District of

25   California – Contents of Joint Case Management Statement, attached hereto;

26        b.  the propriety of consolidation; and

27        c.  appointment of Liaison Counsel.

28   //

1    With respect to the filing of documents, all parties are hereby DIRECTED to comply
2    with the following instructions:

3    All papers filed in these actions shall be filed by electronic means, through the Case
4    Management/Electronic Case Filing system ("CM/ECF"), pursuant to Civil Loal Rule Rule 5-
5    1(e).  All counsel who have not yet done so shall promptly obtain a CM/ECF password from
6    the Clerk of Court, pursuant to Civil Local Rule 5-1(c)(1).

7    Every document filed in this action shall bear the following caption:

8

9    IN RE: YOSEMITE NATIONAL PARK                    MDL  Docket No. C 14-2532 MMC
     HANTAVIRUS LITIGATION
10   _____

11   THIS DOCUMENT RELATES TO:

12   _____/

13

14   When a document is applicable to all actions, the caption of the document shall
15   include the notation "ALL CASES" below the phrase "This document relates to."  Such
16   documents shall be filed only in the Master Docket.

17   When a document is applicable only to a specific action or actions, the caption of the
18   document shall include the individual docket number(s) of the action(s) to which the
19   document applies below the phrase "This document relates to."  In such cases, counsel
20   shall file the document in the Master Docket and in the docket of each individual action to
21   which it is applicable.  When counsel files a document applicable only to a specific action or
22   actions, counsel shall not "spread" such filings to the other component cases when
23   presented with that option during the electronic case filing process.

24   **IT IS SO ORDERED.**

25

26   Dated:  June 19, 2014

27   MAXINE M. CHESNEY
     United States District Judge

28

2