IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: RE: YOSEMITE NATIONAL PARK HANTAVIRUS LITigation _____/ | MDL Docket No. C 14-2532 MMC<br><br>**ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPY OF PLEADINGS** |

By order of the United States Judicial Panel on Multidistrict Litigation, the five actions listed below have been reassigned to the undersigned for coordinated or consolidated proceedings. To facilitate the Court's review of the instant matters, the Court hereby DIRECTS the parties who filed the pleadings identified below to submit, no later than July 18, 2014, a chambers copy thereof:

(1) <u>Harrison, et al. v. DNC Parks & Resorts at Yosemite, Inc., et al.</u>, 14-0251 MMC

    Claim for Relief, filed January 30, 2014, by plaintiffs

    Answer, filed April 7, 2014, by defendant United States of America

    Answer with Cross-claim, filed April 8, 2014, by defendants Delaware North Companies, Inc., Delaware North Companies Parks & Resorts, Inc., and DNC Parks & Resorts at Yosemite, Inc.

(2) <u>Garisto, et al. v. United States, et al.</u>, 14-2825 MMC

    Complaint, filed October 22, 2013, by plaintiffs

    Amended Complaint, filed February 3, 2014, by plaintiffs

     Answer with Cross-claim, filed February 28, 2014, by defendant Delaware North Companies, Inc.

     Answer to Cross Claim, filed March 21, 2014, by defendant United States of America

(3) <u>Carrillo v. DNC Parks & Resorts at Yosemite, Inc.</u>, 14-2826 MMC

     Complaint, filed March 3, 2014, by plaintiff

     Answer, filed May 2, 2014, by defendant United States of America

(4) <u>Mann, et al. v. Delaware North Companies Inc., et al.</u>, 14-2827 MMC

     Complaint, filed May 7, 2013, by plaintiffs

     First Amended Complaint, filed September 4, 2013, by plaintiffs

(5) <u>Mann, et al. v. United States of America</u>, 14-2828 MMC

     Complaint, filed November 12, 2013, by plaintiffs

     Answer, filed January 27, 2014, by defendant United States of America

**IT IS SO ORDERED.**

Dated: July 2, 2014

MAXINE M. CHESNEY
United States District Judge