**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: YOSEMITE PARK, HANTAVIRUS LITIGATION | No: MDL DOCKET NO. 14-2532 MMC |
| THIS DOCUMENT RELATES TO ALL CASES | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3) |

I, Suzanne P. Conaboy, an active member in good standing of the bar of MIDDLE DISTRICT OF PENNSYLVANIA, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: CAROLYN GARISTO, Individually and on behalf of the Estate of BRUNO GARISTO, N.G., a minor, and K.G., a minor, in the above-entitled action. My local co-counsel in this case is June P. Bashant, and attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 425 Spruce Street, Suite 200 Scranton, Pennsylvania 18501 | 44 Montgomery Street, Suite 4000 San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: (570) 342-6100 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415)398-5398 |
| MY EMAIL ADDRESS OF RECORD: sconaboy@mbklaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: jbashant@rftmlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: Pa 314036

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: July 7, 2014

*Suzanne P. Conaboy*

APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Suzanne P. Conaboy is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 10, 2014

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA  )
MIDDLE DISTRICT OF PENNSYLVANIA  )

I, Maria E. Elkins, Clerk of the United States District Court, Middle District of Pennsylvania, Do Hereby Certify that **Suzanne Conaboy, Esquire** as duly admitted to practice in said Court on November 4, 2013, and is in good standing as a member of the bar of said Court.

Dated at Scranton, Pennsylvania
on July 3, 2014.

MARIA E. ELKINS, CLERK OF COURT

By _____
Deputy Clerk