LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com

DANIEL T. BRIER (pro hac vice to be submitted)
FRANK J. BRIER (pro hac vice to be submitted)
JOHN B. DEMPSEY (pro hac vice to be submitted)
**MYERS BRIER & KELLY LLP**
425 SPRUCE ST #200
SCRANTON, PA 18503
PHONE: (570) 342-6100
FAX: (570) 342-6147
**ATTORNEYS FOR PLAINTIFFS**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: YOSEMITE NATIONAL PARK HANTAVIRUS LITIGATION _____ THIS DOCUMENT RELATES TO: **ALL CASES** | MDL Docket No. C 14-2532 MMC <br><br> Individual Case No.: 4:13-CV-2611 <br><br> [~~PROPOSED~~] **ORDER FOR APPOINTMENT OF PLAINTIFFS' CO-LIAISON COUNSEL** |

**AND NOW,** this 8th day of September, 2014, it is **HEREBY ORDERED THAT:**

1. Counsel for the Garisto Plaintiffs and Badani Plaintiffs shall be appointed as Co-Liaison Counsel in this multi-district litigation, MDL No. 2532 (the "MDL").

2. Co-Liaison Counsel shall be generally responsible for coordinating the Plaintiffs' activities as well as monitoring and ensuring that work conducted by Plaintiffs' counsel on this matter is reasonably necessary and avoids unnecessary costs and duplication of effort. Co-Liaison Counsel shall work with all Plaintiffs' counsel to make a joint determination as to Plaintiffs'

positions during pretrial proceedings and shall present such positions to the Court and opposing parties. Co-Liaison Counsel shall have the following responsibilities with respect to the MDL:

(a) Coordinate discovery on behalf of the Plaintiffs;

(b) Coordinate briefing and arguing of motions, oppositions, and other matters presented to the Court;

(c) Coordinate the examination of witnesses in depositions;

(d) Coordinate the funding of necessary and appropriate costs of discovery and other common benefit efforts, including the drafting of an informal agreement as to cost-splitting;

(e) Coordinate the consultation and employment of joint consultants or experts, as necessary;

(f) Coordinate Plaintiffs' ADR efforts;

(g) Encourage full cooperation and efficiency among all Plaintiffs' counsel;

(h) Coordinate work responsibilities and monitor the activities of all Plaintiffs' counsel to assure that the pretrial preparation for the various Plaintiffs is conducted effectively, efficiently, and economically, that schedules are met, and that unnecessary expenditures of time and expense are avoided;

(i) Prepare and distribute to Plaintiffs' counsel all events in the MDL and all communications with opposing counsel;

(j) Perform such other duties as may be incidental to proper coordination of Plaintiffs' pretrial activities or as authorized by further Order of the Court.;

(k) Maintain an up-to-date, comprehensive Service List of Plaintiffs in the MDL and promptly advise the Court and Defendants' counsel of changes to Plaintiffs' Service List;

(l) Receive and distribute to Plaintiffs' counsel, as appropriate, Orders, notices, and correspondence from the Court, to the extent such documents are not electronically filed;

//

//

//

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
[PROPOSED] ORDER FOR APPOINTMENT OF PLAINTIFFS' CO-LIAISON COUNSEL - INDIVIDUAL CASE NO.: 4:13-CV-2611

      (m)    Receive and distribute to Plaintiffs' counsel, as appropriate, discovery pleadings, correspondence, and other documents from Defendants' counsel that are not electronically filed; and

      (n)    Communicate with the Court on behalf of the Plaintiffs concerning scheduling and other administrative matters.

3.    The communication, transmission, or dissemination of information of common interest among Plaintiffs' counsel shall be protected by the attorney-client privilege, the protections afforded by the attorney work product doctrine, the protections afforded to material prepared for litigation or any other privilege or protection from disclosure to which a party may otherwise be entitled.

DATED: September 8, 2014

*[signature]*
The Honorable Maxine M. Chesney
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3
[PROPOSED] ORDER FOR APPOINTMENT OF PLAINTIFFS' CO-LIAISON COUNSEL - INDIVIDUAL CASE NO.: 4:13-CV-2611