IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: YOSEMITE NATIONAL PARK HANTAVIRUS LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br>   ALL CASES<br>_____/ | MDL Docket No. C 14-2532 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Before the Court is the Joint Case Management Statement, filed September 26, 2014, by the Badini plaintiffs on behalf of all parties, in which the parties jointly request that the Case Management Conference, presently scheduled for October 3, 2014, be continued for a period of ninety days.

Good cause appearing, the parties' joint request is hereby GRANTED, and the Case Management Conference is hereby CONTINUED to Friday, January 16, 2015, at 10:30 a.m. A Joint Case Management Statement shall be filed no later than January 9, 2015.

**IT IS SO ORDERED.**

Dated: September 29, 2014

_____
MAXINE M. CHESNEY
United States District Judge