United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: YOSEMITE NATIONAL PARK HANFTAVIRUS LITIGATION<br>_____<br>THIS DOCUMENT RELATES TO:<br>   ALL CASES<br>_____/ | MDL Docket No. C 14-2532 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE DNC DEFENDANTS' ADMINISTRATIVE MOTION FOR DISCOVERY RELATING TO THE UNITED STATES' MOTION TO DISMISS AND TO RESPOND TO THE MOTION** |

      Pursuant to Civil Local Rule 72-1, DNC Defendants' "Administrative Motion to Enlarge Time for Discovery Relating to the United States' Motion to Dismiss and to Respond to the Motion," filed December 16, 2014, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.  In connection with the instant administrative motion, the Magistrate Judge may, as necessary, revise the briefing schedule on the United States' Motion to Dismiss.  (See Minutes, filed August 18, 2014; Order, filed October 22, 2014.)

      After the parties have met and conferred, see Civil L.R. 37-1, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute; up to 12 pages of attachments may be added.  The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings > Motions - General > Discovery Letter

Brief." The Magistrate Judge to whom the matter is assigned will advise the parties as to how that Magistrate Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.

The parties will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

**IT IS SO ORDERED.**

Dated:  December 17, 2014

MAXINE M. CHESNEY
United States District Judge