**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    IN RE: YOSEMITE NATIONAL PARK          MDL Docket No. C 14-2532 MMC
      HANTAVIRUS LITIGATION
12    _____     **ORDER CONTINUING HEARING ON**
                                              **UNITED STATES' MOTION TO DISMISS**
13
      THIS DOCUMENT RELATES TO:
14         ALL CASES

15    _____/

16

17          By order filed January 7, 2015, the Honorable Kandis A. Westmore resolved the

18    parties' disputes set forth in a joint letter filed December 29, 2014, and, in so doing, revised

19    the briefing schedule on the United States' pending motion to dismiss and advised the

20    parties the undersigned would set a new hearing date on said motion.

21          In light of the revisions to the briefing schedule, the Court hereby CONTINUES the

22    hearing on the United States' motion to dismiss from March 27, 2015 to June 19, 2015, at

23    9:00 a.m.

24          **IT IS SO ORDERED.**

25

26    Dated:  January 8, 2015
                                              _____
27                                            MAXINE M. CHESNEY
                                              United States District Judge
28