UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: YOSEMITE NATIONAL PARK HANTAVIRUS LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | MDL Docket No. C 14-2532 MMC<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER TO CONTINUE CMC HEARING** AND AMENDED* ORDER THEREON<br><br>CMC Hearing: January 16, 2015<br><br>The Honorable Maxine Chesney |

The Parties to the above-entitled action jointly submit this Joint Case Management Statement and Proposed Order pursuant to the Standing Order for All Judges of the Northern District of California, Civil Local Rule 16-9, and in accordance with this Court's Orders of August 15, 2014 (document #45) and October 29, 2014 (document #59). Based on the parties' ongoing discovery efforts, the parties propose continuing the January 16, 2015 Case Management Conference hearing until March 6, 2015.

///

/// *The amendment changes the date of the Case Management Conference and deadline to file a Joint Case Management Statement.

MDL Docket No. C14-2532 MMC

JOINT CMC STATEMENT

AIGX023/1975034-1

Brief status update and good cause for request for continuance:

**Motions**

Defendant United States of America timely filed its motion to dismiss pursuant to FRCP 12(b)(1) on October 31, 2014.  On October 22, 2014, the Court approved a request for extended page limits and also continued the hearing date on the motion until March 27, 2015.  After ongoing efforts to meet and confer, the parties disagreed on the need for further extensions of the briefing schedule and hearing date.  On December 16, 2014, the DNC defendants submitted a motion to extend the time for jurisdictional discovery and extend the briefing schedule (document #77).  The court referred this dispute to Magistrate Judge Kandis A. Westmore (document #78).  Pursuant to Judge Westmore's standing order, the parties jointly submitted a letter detailing the dispute and the parties' positions (document #79).

Judge Westmore issued a new dispositive motion briefing schedule on January 7, 2015 (document #81).  Specifically, the new deadline calls for responses to the Government's motion to dismiss by April 24, 2015.  In addition, the Government's reply shall be filed by no later than May 22, 2015.  After review of the Magistrate Judge's order, this court set a new hearing date for June 19, 2015, at 9:00 a.m. (document #82).  As a result, the parties hereby comply with the case management conference deadline and submit this statement.  Due to the new extended briefing schedule and decision regarding the prior dispute, the parties jointly propose continuing the January 16, 2015 Case Management Conference hearing until March 6, 2015.

**Discovery**

The parties are currently engaging in written discovery and document production.  This process is detailed within the September 26, 2014 Joint Case Management Conference Statement previously submitted to the Court.  In addition, both Plaintiffs and the DNC Defendants have also noticed the depositions of the United States' person(s) most qualified.  The United States agreed

to produce deponents in response to these demands.  The second rescheduled deposition dates of the identified deponents were tentatively set for January 14-16, 2015 (a time close to the upcoming case management conference), but these dates have been altered by the order on DNC defendants' motion to extend time (document #81).  The parties are in the process of resetting all currently noticed depositions to meet with the Court's scheduling order.  To promote efficiency and conserve resources, the parties propose continuing the January 16, 2015 Case Management Conference hearing until March 6, 2015 until a time when the parties will be in the judicial district completing the rescheduled depositions of the identified deponents.

**Professional Conduct**

The parties have reviewed the revised judges' uniform standing order and reviewed the Guidelines for Professional Conduct for the Northern District of California prior to submitting this proposed order.

IT IS SO STIPULATED.

Dated:  January 9, 2015

By:__/s/ Jennifer A. Shah_____
Attorneys for Defendants Delaware North Companies, Inc., Delaware North Companies Parks & Resorts, Inc., DNC Parks & Resorts at Yosemite, Inc. and DNC Parks & Resorts Reservations, Inc.

PHILLIPS LYTLE LLP
Michael B. Powers, Esq.
Kevin J. English, Esq.
Jennifer A. Shah, Esq.
One Canalside
125 Main Street
Buffalo, New York  14203
(716) 847-8400

MDL Docket No. C14-2532 MMC

JOINT CMC STATEMENT

AIGX023/1975034-1

| | | |
|---|---|---|
| 1 | Dated: January 9, 2015 | _/s/ Matthew D. Barnette_ _____<br>Attorneys for United States of America |
| 2 | | |
| 3 | | ARCHER NORRIS<br>Matthew Dennis Barnette, Esq. |
| | | Kenneth C. Ward, Esq. |
| 4 | | John Lauchlan Kortum, Esq.<br>2033 North Main Street, Suite 800 |
| 5 | | Walnut Creek, California 94596<br>(925) 930-6600 |
| 6 | | |
| 7 | | RAWLE & HENDERSON, LLP<br>John J. Snyder, Esq. |
| | | Mary Ann Capriotti, Esq. |
| 8 | | Joseph A. Skale, Esq.<br>Tara Nalencz, Esq. |
| 9 | | The Widener Building<br>One South Penn Square |
| 10 | | Philadelphia, Pennsylvania 19107<br>(215) 575-4200 |
| 11 | | |
| 12 | | U.S. DEPARTMENT OF JUSTICE<br>Wagner Jackson, Esq. |
| | | Adam Bain, Esq. |
| 13 | | P. O. Box 340, Ben Franklin Station<br>Washington, D.C. 20044 |
| 14 | | (202) 616-4222<br>(202) 616-4209 |
| 15 | | |
| 16 | Dated: January 9, 2015 | |
| 17 | | __/s/ Khaldoun Baghdadi_ _____<br>Liaison Counsel Plaintiffs |
| 18 | | WALKUP, MELODIA, KELLY &<br>SCHOENBERGER |
| 19 | | Khaldoun Baghdadi, Esq.<br>650 California Street, 26th Floor |
| 20 | | San Francisco, California 94108<br>(415) 981-7210 |
| 21 | | |
| 22 | Dated: January 9, 2015 | |
| 23 | | By:___/s/ Illise Schulman_____<br>Attorneys for Bradley Popp and Yosemite |
| | | Construction, Inc. |
| 24 | | |
| 25 | | MICHEL & FACKLER<br>Michael D. Michel, Esq. |
| | | Illise M. Schulman, Esq. |
| 26 | | Jeff M. Fackler, Esq.<br>2175 North California Blvd., Suite 550 |
| 27 | | Walnut Creek, California 94596<br>(925) 945-7319 |
| 28 | | |

MDL Docket No. C14-2532 MMC

AIGX023/1975034-1

JOINT CMC STATEMENT

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5(e)(i), I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

To promote efficiency and conserve resources, the parties propose continuing the January 16, 2015 Case Management Conference hearing until  March   6,  2015  .

**SO ORDERED** . Due to the unavailability of the Court on March 6, 2015, however, the Case Management Conference is continued to March 13, 2015. The parties shall file a Joint Case Management Statement no later than March 6, 2015.

~~UNITED STATES DISTRICT JUDGE~~

This  12th day of  January , 2015

_Maxine M. Chesney_
United States District Judge

MDL Docket No. C14-2532 MMC

JOINT CMC STATEMENT

AIGX023/1975034-1