DANIEL T. BRIER (admitted *pro hac vice*)
FRANK J. BRIER (admitted *pro hac vice*)
JOHN B. DEMPSEY (admitted *pro hac vice*)
SUZANNE P. CONABOY (admitted *pro hac vice*)
**MYERS BRIER & KELLY LLP**
425 SPRUCE ST #200
SCRANTON, PA 18503
PHONE: (570) 342-6100
FAX: (570) 342-6147

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com

**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: YOSEMITE NATIONAL PARK HANTAVIRUS LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>**ALL CASES** | MDL Docket No. C 14-2532 MMC<br><br>**DECLARATION OF JOHN B. DEMPSEY IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO MOTION TO DISMISS** |

I, John B. Dempsey, declare as follows:

1.  I am counsel of record and have entered an appearance in this case. The facts set forth in this declaration are within my personal knowledge or are based on documents and information that I have received in the course of litigating this case.

2. A true and correct copy of the Office of Public Health Outbreak of hantavirus infections in overnight guests – Yosemite National Park, 2012 is attached hereto as Exhibit **1**. This is a public record obtained from the National Park Service ("NPS") via discovery and/or Freedom of Information Act ("FOIA") and in discovery.  Bates numbering has been added to this exhibit.

3. A true and correct copy of a March 2014 CDC Report of Hantavirus Infection at Yosemite is attached hereto as Exhibit **2**. This is a public record obtained from the NPS via discovery and/or FOIA. Bates numbering has been added to this exhibit.

4. A true and correct copy of a February 26, 2013 OIG Record of Discussion is attached hereto as Exhibit **3**. This is a public record obtained from the NPS via discovery and/or FOIA. Bates numbering has been added to this exhibit.

5. A true and correct copy of the Concessions Contract between the National Park Service and DNC Parks & Resorts at Yosemite, Inc. or its predecessor companies, Contract No. CC-YOSE004-93 Covering the Period October 1, 1993 through September 20, 2008 is attached hereto as Exhibit **4**.  This is a public record obtained from the NPS via discovery and/or FOIA.  Bates numbering has been added to this exhibit.

6. A true and correct copy of the complete Management Policies 2006 is attached hereto as Exhibit **5**.  This is a public record obtained from the NPS via discovery and/or FOIA. Bates numbering has been added to this exhibit.

7. A true and correct copy of NPS 48, Chapter 17, Concessioner Facility Design and Construction is attached hereto as Exhibit **6**.  This is a public record obtained from the NPS via discovery and/or FOIA. Bates numbering has been added to this exhibit.

8. A true and correct copy of the Pacific West Region Directive: PW-069 is attached hereto as Exhibit **7**.  This is a public record obtained from the NPS via discovery and/or FOIA.  Bates numbering has been added to this exhibit.

2

9. A true and correct copy of NPS 48, Chapter 20, Concessioner Review Program – Operational Performance is attached hereto as Exhibit **8.** This is a public record obtained from the NPS via discovery and/or FOIA. Bates numbering has been added to this exhibit.

10. A true and correct copy of NPS 48, Chapter 22, Concessioner Review Program – Contract/Permit Compliance is attached hereto as Exhibit **9.** This is a public record obtained from the NPS via discovery and/or FOIA. Bates numbering has been added to this exhibit.

11. A true and correct copy of an email with attachments (**Rodent Exclusion Manual**) from Matthew Weinburke to Charles Higgins dated December 8, 2011 is attached hereto as Exhibit **10.** This is a public record obtained from the NPS via discovery and/or FOIA. Bates numbering and highlighting has been added to this exhibit.

12. A true and correct copy of NPS Interim Recommendations for Risk Reduction dated November 1993 is attached hereto as Exhibit **11.** This is a public record obtained from the NPS via discovery and/or FOIA. Bates numbering has been added to this exhibit.

13. A true and correct copy of an email from Mark Novak to Matthew Weinburke dated August 15, 2012 is attached hereto as Exhibit **12.** This is a public record obtained from the NPS via discovery and/or FOIA. Bates numbering has been added to this exhibit.

14. A true and correct copy of a memorandum from CDPH dated November 19, 2007 is attached hereto as Exhibit **13.** This is a public record obtained from the NPS  via discovery and/or FOIA. Bates numbering has been added to this exhibit.

15. A true and correct copy of a letter of a guest complaint dated April 11, 2008 is attached hereto as Exhibit **14.** This is a public record obtained from the NPS via

discovery and/or FOIA.  Bates numbering and highlighting has been added to this exhibit.

16. A true and correct copy of a memorandum from Adam Kramer to Mike Tollefson dated April 21, 2008 regarding Rodent Complaint in Curry Village is attached hereto as Exhibit **15**.  This is a public record obtained from the NPS via discovery and/or FOIA.  Bates numbering and highlighting has been added to this exhibit.

17. A true and correct copy of a memorandum from the CDPH dated December 22, 2008 is attached hereto as Exhibit **16**.  This is a public record obtained from the NPS via discovery and/or FOIA.  Bates numbering has been added to this exhibit.

18. A true and correct copy of NPS draft Cultural Landscape Report Camp Curry Historic District undated draft is attached hereto as Exhibit **17**.  This is a public record obtained from the NPS via discovery and/or FOIA.  Bates numbering has been added to this exhibit.

19. A true and correct copy of the Project Review Report dated February 23, 2009 is attached hereto as Exhibit **18**.  This is a public record obtained from the NPS via discovery and/or FOIA.  Bates numbering has been added to this exhibit.

20. True and correct copies of the relevant pages of the deposition transcript of Vicki McMichael (Volume 1) dated March 12, 2015 are attached hereto as Exhibit **19**.

21. True and correct copies of the relevant pages of the deposition transcript of P. Bradley Popp dated April 15, 2015 are attached hereto as Exhibit **20**.

22. True and correct copies of the relevant pages of the deposition transcript of Donald K. Coffman dated February 18, 2015 are attached hereto as Exhibit **21**.

23. A true and correct copy of an email from Elexis Mayer to Larry Harris dated December 17, 2008 regarding Solution for winterization of Boystown Tents reached is attached hereto as Exhibit **22**.  This is a public record obtained from the NPS via discovery and/or FOIA.  Bates numbering has been added to this exhibit.

4

24. A true and correct copy of NPS-48, Chapter 21, Concessioner Review Program Operational Performance Standards is attached hereto as Exhibit **23**. This is a public record obtained from the NPS via discovery and/or FOIA. Bates numbering has been added to this exhibit.

25. True and correct copies of the relevant pages of the deposition transcript of William J. Bryan dated March 6, 2015 are attached hereto as Exhibit **24**.

26. True and correct copies of the relevant pages of the deposition transcript of Donald Neubacher (Volume I) dated March 4, 2015 are attached hereto as Exhibit **25**.

27. A true and correct copy of a string of emails including an email from Don Neubacher to Chris Lehnertz dated September 8, 2010 is attached hereto as Exhibit **26**. This is a public record obtained from the NPS via discovery and/or FOIA. Bates numbering has been added to this exhibit.

28. A true and correct copy of an email from Michael Niemela to Matthew Weinburke dated February 2, 2012 is attached hereto as Exhibit **27.** This is a public record obtained from the NPS via discovery and/or FOIA. Bates numbering has been added to this exhibit.

29. A true and correct copy of a string of emails including an email from Sarah Flint to Matthew Weinburke dated May 14, 2012 is attached as Exhibit **28.** This is a public record obtained from the NPS via discovery and/or FOIA. Bates numbering has been added to this exhibit.

30. A true and correct copy of a string of emails including an email from Matthew Weinburke to Yosemite management dated July 11, 2012 is attached hereto as Exhibit **29**. This is a public record obtained from the NPS via discovery and/or FOIA. Bates numbering has been added to this exhibit.

31. A true and correct copy of an email from Matthew Weinburke to Yosemite management dated July 19, 2012 is attached hereto as Exhibit **30**. This is a public record obtained from the NPS via discovery and/or FOIA. Bates numbering has been added to this exhibit.

32. A true and correct copy of a memorandum prepared by Matthew Weinburke titled July 27, 2012 Curry Village Rodent Assessment (Walk Through) is attached hereto as Exhibit **31**. This is a public record obtained from the NPS via discovery and/or FOIA. Bates numbering has been added to this exhibit.

33. A true and correct copy of a memorandum prepared by Matthew Weinburke titled August 9 Curry Village Rodent Assessment is attached hereto as Exhibit **32**. This is a public record obtained from the NPS via discovery and/or FOIA. Bates numbering has been added to this exhibit.

34. A true and correct copy of a string of emails including an email from Matthew Weinburke with attachment dated August 13, 2012 is attached hereto as Exhibit **33**. This is a public record obtained from the NPS via discovery and/or FOIA. Bates numbering has been added to this exhibit.

35. A true and correct copy of an email from Dan Jensen to Steve Ullmann dated August 10, 2012 is attached hereto as Exhibit **34**. This is a public record obtained from the NPS via discovery and/or FOIA. Bates numbering has been added to this exhibit.

36. A true and correct copy of a string of emails and an attachment including an email from John Leffel to Matthew Weinburke dated August 15, 2012 is attached hereto as Exhibit **35**. This is a public record obtained from the NPS via discovery and/or FOIA. Bates numbering has been added to this exhibit.

37. A true and correct copy of a string of emails attaching a News Release from NPS and DNC dated August 27, 2012 is attached hereto as Exhibit **36**. This is a public record

obtained from the NPS via discovery and/or FOIA.  Bates numbering has been added to this exhibit.

38. A true and correct copy of a memorandum prepared by Matthew Weinburke dated August 24, 2012 – August 28, 2012 is attached hereto as Exhibit **37**. This is a public record obtained from the NPS via discovery and/or FOIA.  Bates numbering has been added to this exhibit.

39. A true and correct copy of the Office of Public Health Recommendation for the Closure of the Signature Tent Cabins dated August 29, 2012 is attached hereto as Exhibit **38**. This is a public record obtained from the NPS via discovery and/or FOIA. Bates numbering has been added to this exhibit.

40. True and correct copies of the relevant pages of the deposition transcript of Vicki McMichael (Volume II) dated March 25, 2015 are attached hereto as Exhibit **39**.

41. True and correct copies of the relevant pages of the deposition transcript of Donald L. Neubacher (Volume II) dated March 5, 2015 are attached hereto as Exhibit **40**.

42. A true and correct copy of draft DNC Parks & Resorts at Yosemite, Inc., Operations Proposal to Convert Boystown to Yos Inst Camp dated November 16, 2008 is attached hereto as Exhibit **41**.  This is a public record obtained from the NPS via discovery and/or FOIA.  Bates numbering has been added to this exhibit.

43. A true and correct copy of a letter from Acting Superintendent David V. Uberuaga to Dan Jensen, COO of DNC Parks and Resorts at Yosemite, Inc. dated February 23, 2009 approving Conversion of Boystown Employee Housing Area to Visitor Accommodations is attached hereto as Exhibit **42**.  This is a public record obtained from the NPS via discovery and/or FOIA.  Bates numbering has been added to this exhibit.

44. A true and correct copy of the Declaration of Kevin Moore in Opposition to Defendant United States of America's Motion to Dismiss for Lack of Subject Matter Jurisdiction is attached hereto as Exhibit **43.**

45. A true and correct copy of a February 27, 2013 OIG Assignment Workpaper and an email chain regarding said Assignment Workpaper is attached hereto as Exhibit **44.** This is a public record obtained from the NPS via discovery and/or FOIA.  Bates numbering has been added to this exhibit.

46. A true and correct copy of a compilation of data exported from DNC's CHAMPS Maintenance Database documenting tearing down a double wall prototype tent and retrieving rodents from the interior walls of the Signature Tents between 2009-2012 is attached hereto as Exhibit **45.**  This data was produced by DNC in discovery.

47. A true and correct copy of photographs of employee tent before and Signature Tent Cabin after winterization project is attached hereto as Exhibit **46.**  This document was produced by the NPS via discovery and/or FOIA.  Bates numbering has been added to this exhibit.

48. A true and correct copy of an Office of Inspector General Assignment Workpaper dated February 28, 2013 is attached hereto as Exhibit **47.**  This document was produced by the NPS via discovery and/or FOIA.  Bates numbering has been added to this exhibit.

49. A true and correct copy of a compilation of NPS Periodic Concession Evaluation Reports (Form 10-619) for Curry Village Tents 2009-2012 is attached hereto as Exhibit **48.**  This document was produced by the NPS via discovery and/or FOIA. Bates numbering has been added to this exhibit.

50. A true and correct copy of NPS Concession Management Program Period Evaluations Workshop Powerpoint is attached hereto as Exhibit **49**  This is a document produced by the NPS via discovery and/or FOIA.

8

51. A true and correct copies of the relevant pages of the deposition transcript of Matthew Weinburke dated March 5, 2015 are attached hereto as Exhibit **50**.

52. A true and correct copy of an email from Carol DiSalvo to Don Neubacher dated October 22, 2012 with NPS 77 attached is attached hereto as Exhibit **51**.  This document was produced by the NPS via discovery and/or FOIA.  Bates numbering has been added to this exhibit.

53. A true and correct copy of a sting of emails including an email from Don Neubacher to Linda Mazzu dated October 21, 2012 is attached hereto as Exhibit **52**.  This document was produced by the NPS via discovery and/or FOIA.  Bates numbering has been added to this exhibit.

54. A true and correct copy of an email from Joe Meyer to Carol DiSalvo dated June 30, 2008 is attached hereto as Exhibit **53**.  This document was produced by the NPS via discovery and/or FOIA.  Bates numbering has been added to this exhibit.

55. A true and correct copy of a string of emails including an email from Joe Meyer to Linda Mazzu dated January 10, 2012 is attached hereto as Exhibit **54**.  This document was produced by the NPS via discovery and/or FOIA.  Bates numbering has been added to this exhibit.

56. A true and correct copy of a string of emails and attachment, including an email from Carol DiSalvo to Erv Gasser dated August 16, 2012 is attached hereto as Exhibit **55**.  This document was produced by the NPS via discovery and/or FOIA.  Bates numbering has been added to this exhibit.

57. A true and correct copy of a string of emails including an email from Erv Gasser to Matthew Weinburke dated September 24, 2012 is attached hereto as Exhibit **56**.  This document was produced by the NPS via discovery and/or FOIA.  Bates numbering has been added to this exhibit.

58. A true and correct copy of Recommendations from CDPH and CDC to Yosemite National Park Draft for Deliberation 1-9-13 is attached hereto as Exhibit **57**.  This is a public record obtained from the NPS via discovery and/or FOIA.  Bates numbering has been added to this exhibit.

59. A true and correct copy of a document titled "High Sierra Camps Hantavirus Information" is attached hereto as Exhibit **58**.  This document was produced by the NPS via discovery and/or FOIA.  Bates numbering has been added to this exhibit.

/s/ John B. Dempsey
John B. Dempsey

Date: May 8, 2015

DECLARATION OF JOHN B. DEMPSEY IN SUPPORT OF PLAINTIFFS'
RESPONSE IN OPPOSITION TO MOTION TO DISMISS