United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: YOSEMITE NATIONAL PARK HANTAVIRUS LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br>   ALL CASES<br>_____/ | MDL Docket No. C 14-2532 MMC<br><br>**ORDER VACATING HEARING ON UNITED STATES' MOTION TO DISMISS; CONTINUING CASE MANAGEMENT CONFERENCE** |

Before the Court is defendant United States' Motion to Dismiss for Lack of Subject Matter Jurisdiction, filed October 31, 2015, by which the United States seeks to dismiss plaintiffs' claims against it, as set forth in plaintiffs' Master Consolidated Complaint. Plaintiffs have filed opposition, as have the DNC Defendants ("DNC").[1] The United States has filed a single reply.[2] Having read and considered the parties' respective written submissions, the Court deems the matter appropriate for determination on the parties'

---

[1] DNC Defendants are Delaware North Companies, Inc., Delaware North Companies Park & Resorts, Inc., DNC Parks & Resorts at Yosemite, Inc., and DNC Parks & Resorts Reservations, Inc.

[2] As noted, the motion is directed to plaintiffs' claims against the United States; the motion does not expressly address DNC's cross-claims against the United States. Nevertheless, apparently recognizing the issues raised in the motion affect the viability of not only plaintiffs' claims but also DNC's cross-claims, the United States has chosen to reply to the opposition filed by DNC. Under such circumstances, as the matter has been fully briefed by both the United States and DNC, the Court construes the motion to dismiss as challenging plaintiffs' claims and DNC's cross-claims.

respective written submissions, and VACATES the hearing scheduled for July 24, 2015.

Further, in light of the pending motion, the Case Management Conference is hereby CONTINUED from August 14, 2015, to September 11, 2015.  A Joint Case Management Statement shall be filed no later than September 4, 2015.

**IT IS SO ORDERED.**

Dated:  July 21, 2015

MAXINE M. CHESNEY  
United States District Judge

2