IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: YOSEMITE NATIONAL PARK HANTAVIRUS LITIGATION _____ THIS DOCUMENT RELATES TO:    ALL CASES _____/ | MDL Docket No. C 14-2532 MMC **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Before the Court is the Joint Case Management Conference Statement, filed September 3, 2015, in which the United States requests the Case Management Conference, presently scheduled for September 11, 2015, be continued in light of the pendency of the United States' motion to dismiss.

Good cause appearing, the request is hereby GRANTED, and the Case Management Conference is hereby CONTINUED to Friday, November 20, 2015, at 10:30 a.m. A Joint Case Management Statement shall be filed no later than November 13, 2015.

**IT IS SO ORDERED.**

Dated: September 4, 2015

_____
MAXINE M. CHESNEY
United States District Judge