IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: YOSEMITE NATIONAL PARK HANTAVIRUS LITIGATION _____ THIS DOCUMENT RELATES TO:    ALL CASES _____/ | MDL Docket No. C 14-2532 MMC **ORDER DIRECTING DEFENDANT UNITED STATES OF AMERICA TO SUBMIT CHAMBERS COPY OF DOCUMENTS IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

On September 11, 2015, defendant United States of America electronically filed a "Statement of Recent Opinion" and an attachment thereto. Defendant United States of America has violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Defendant United States of America is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents. Defendant is hereby advised that if it fails in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically filed document for which a chambers copy has

not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated:  October 1, 2015

_____
MAXINE M. CHESNEY
United States District Judge