IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: YOSEMITE NATIONAL PARK HANTAVIRUS LITIGATION _____ THIS DOCUMENT RELATES TO:     ALL CASES _____/ | MDL Docket No. C 14-2532 MMC **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the pendency of the United States' Motion to Dismiss for Lack of Subject Matter Jurisdiction, the Case Management Conference, presently scheduled for November 20, 2015, is hereby CONTINUED to Friday, February 26, 2016, at 10:30 a.m.  A Joint Case Management Statement shall be filed no later than February 19, 2016.

**IT IS SO ORDERED.**

Dated:  November 10, 2015

_____
MAXINE M. CHESNEY
United States District Judge