UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUPAL BADANI, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>DELAWARE NORTH COMPANIES PARKS & RESORTS AT YOSEMITE, INC, et al.,<br><br>   Defendants. | Case No.  14-md-02532-MMC   (KAW)<br><br>**ORDER REGARDING 11/13/15 LETTER**<br>Re: Dkt. No. 130 |

On November 13, 2015, Plaintiffs filed a letter, seeking permission from the presiding judge to proceed with discovery in this multidistrict litigation. (Ltr., Dkt. No. 130.) The matter was referred to the undersigned on November 19, 2015. (Order, Dkt. No. 131.)

The Court hereby orders the parties to meet and confer according to the procedures set out in this Court's General Standing Order, available at http://cand.uscourts.gov/kaworders.  If, in the course of their meet and confer, the parties are able to reach a stipulation regarding the scope of discovery pending resolution of the motion to dismiss that is presently under submission, they may prepare and file a stipulation to that effect.  If, however, the parties cannot devise an appropriate interim discovery plan, they may prepare and file a joint discovery letter brief on the issue. [1] Any such joint letter shall comply with the requirements set forth in this Court's General Standing Order.

Upon receipt of any joint letter, the Court will determine whether a hearing is necessary or

---

[1] The Court notes that at the case management conference held on August 15, 2014, the presiding judge limited discovery and disclosures to jurisdictional issues and directed counsel to meet and confer regarding the scope of discovery.  If the parties elect to file a joint letter brief, they shall be sure to address why the Court should depart from this approach.

1  if any outstanding issues may be resolved without oral argument pursuant to Civil Local Rule 7-
2  1(b).
3       IT IS SO ORDERED.
4  Dated: 12/3/15

_____
KANDIS A. WESTMORE
United States Magistrate Judge