IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: YOSEMITE NATIONAL PARK HANTAVIRUS LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | Case No. 14-md-02532-MMC<br><br>**ORDER DIRECTING DEFENDANTS TO SUBMIT CHAMBERS COPY OF DOCUMENTS** |

On May 11. 2016, defendant United States electronically filed its "Answer to Amended Master Consolidated Complaint." On May 13, 2016, the DNC Defendants electronically filed their "Answer to the Amended Master Consolidated Complaint and Cross-Claims." On May 17, 2016, defendants Bradley Popp and Yosemite Construction, Inc. electronically filed their "Answer to Plaintiffs' Amended Master Consolidated Complaint," and, in addition, their "Cross-Claim for Equitable Indemnity, Contribution and Declaratory Relief." As to each of the above-identified documents, the filing defendant or defendants violated the Civil Local Rules of this District and the Court's Standing Orders by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Defendants are hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents. Defendants are hereby advised that if they fail in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically filed document, the Court may impose sanctions, including, but not limited

1  to, striking from the record any electronically filed document for which a chambers copy
2  has not been timely provided to the Court.
3  **IT IS SO ORDERED.**
4
5  Dated:  June 7, 2016
6  MAXINE M. CHESNEY
   United States District Judge