United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: YOSEMITE NATIONAL PARK HANTAVIRUS LITIGATION

THIS DOCUMENT RELATES TO:

ALL CASES.

Case No. 14-md-02532-MMC

**ORDER VACATING FEBRUARY 24, 2017, HEARING ON YCI DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PLAINTIFFS' REQUEST TO DENY OR CONTINUE MOTION FOR SUMMARY JUDGMENT TO PERMIT DISCOVERY**

Before the Court is defendants Bradley Popp and Yosemite Construction, Inc.'s (collectively, "YCI Defendants") "Motion for Summary Judgment or, Alternatively, for Summary Adjudication of Causes of Action, Claims and Defenses," filed December 23, 2016; plaintiffs have filed opposition, as have the DNC defendants, and the YCI Defendants have filed separate replies.[1] Also before the Court is plaintiffs' "Request to Deny or Continue Motion for Summary Judgment to Permit Discovery [FRCP 56(d))]," filed January 6, 2017, to which YCI Defendants have filed opposition.

Having read and considered the papers filed in support of and in opposition to the above-referenced motion and request, the Court deems the matters appropriate for

[1] Although the DNC Defendants and the United States have filed cross-claims against the YCI Defendants, the YCI Defendants do not seek summary judgment on the cross-claims. Given that the DNC Defendants' "Opposition" points out it will not be bound by a ruling in favor of the YCI Defendants, the Court questions why the YCI Defendants' motion was not brought against the cross-claimants as well.

determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for February 24, 2017.

**IT IS SO ORDERED.**

Dated: February 21, 2017

MAXINE M. CHESNEY
United States District Judge

United States District Court
Northern District of California