IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: YOSEMITE NATIONAL PARK HANTAVIRUS LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES. | Case No. 14-md-02532-MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART UNITED STATES' MOTION FOR SUMMARY JUDGMENT** |

Before the Court is the United States' Motion for Summary Judgment, filed November 21, 2017. The Garisto Plaintiffs and the Harrison Plaintiffs have filed a joint opposition,[1] as have the DNC Defendants,[2] to which the United States has filed a single reply. The matter came on regularly for hearing on January 26, 2018. Adam Bain of the Department of Justice appeared on behalf of the United States. Khaldoun A. Baghdadi of Walkup, Melodia, Kelly & Schoenberger appeared on behalf of the Garisto Plaintiffs. James P. Collins of The Boccardo Law Firm, Inc. appeared on behalf of the Harrison Plaintiffs. Patrick S. Schoenburg of Wood Smith Henning & Berman LLP and Kevin J. English of Phillips Lytle LLP appeared on behalf of the DNC Defendants.

---

[1] The Garisto Plaintiffs are The Estate of Bruno Garisto, Carolyn Garisto, and two minor children, N.G. and K.G. The Harrison Plaintiffs are Christopher J. Harrison and Felicia I. Tornabee.

[2] The DNC Defendants are Delaware North Companies Inc., Delaware North Companies Parks & Resorts, Inc., and Delaware North DNC Parks & Resorts at Yosemite, Inc.

Having read and considered the papers filed in support of and in opposition to the motion, and having considered the parties' respective oral arguments, the Court, for the reasons stated on the record at the hearing, rules as follows.

1. On the legal question presented, the United States has not shown plaintiffs are unable to establish that the National Park Service ("NPS") owed plaintiffs a duty to protect them from exposure to Hantavirus.

2. On the remaining questions presented:

    a. to the extent plaintiffs' claims are based on the NPS fire marshal's allegedly negligent inspection of the signature tent cabins, the motion is hereby GRANTED;

    b. to the extent plaintiffs' claims are based on NPS concessions management specialists' allegedly negligent failure to conduct an adequate evaluation of the signature tent cabins, the motion is hereby DENIED;

    c. to the extent plaintiffs' claims are based on NPS employees' allegedly negligent failure to place spring-loaded rodent traps, the motion is hereby DENIED; and

    d. to the extent plaintiffs' claims are based on the NPS's allegedly negligent failure to provide timely notice of potential exposure to Hantavirus, the motion is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: January 31, 2018

MAXINE M. CHESNEY
United States District Judge