IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: YOSEMITE NATIONAL PARK HANTAVIRUS LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES. | Case No. 14-md-02532-MMC<br><br>**ORDER GRANTING IN PART, DENYING IN PART, AND DEFERRING RULING IN PART ON DNC DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Before the Court is Delaware North Companies Inc. ("DNC"), Delaware North Companies Parks & Resorts, Inc. ("DNC-Parks"), and Delaware North DNC Parks & Resorts at Yosemite, Inc.'s ("DNC-Yosemite") (collectively, "DNC Defendants") Motion for Summary Judgment, filed November 24, 2017. The Garisto Plaintiffs and the Harrison Plaintiffs have filed a joint opposition,[1] to which the DNC Defendants have replied. The matter came on regularly for hearing on January 26, 2018. Patrick S. Schoenburg of Wood Smith Henning & Berman LLP and Kevin J. English of Phillips Lytle LLP appeared on behalf of the DNC Defendants. Khaldoun A. Baghdadi of Walkup, Melodia, Kelly & Schoenberger appeared on behalf of the Garisto Plaintiffs. James P. Collins of The Boccardo Law Firm, Inc. appeared on behalf of the Harrison Plaintiffs.

Having read and considered the papers filed in support of and in opposition to the motion, and having considered the parties' respective oral arguments, the Court, for the

---

[1]The Garisto Plaintiffs are The Estate of Bruno Garisto, Carolyn Garisto, and two minor children, N.G. and K.G. The Harrison Plaintiffs are Christopher J. Harrison and Felicia I. Tornabee.

reasons stated on the record at the hearing, rules as follows.

1. As to the Fourth Cause of Action (Strict Product Liability), the motion is hereby GRANTED.[2]

2. As to the Sixth Cause of Action (Fraud and Concealment), the motion is hereby DENIED.

3. As to the Seventh Cause of Action (Premises Liability), the motion is hereby GRANTED.

4. As to the Ninth Cause of Action (Breach of Warranty), the motion is hereby GRANTED.

5. As to the Tenth Cause of Action (Failure to Warn), to the extent the claim is based on DNC-Yosemite's allegedly negligent failure to warn plaintiffs, prior to the 2012 Hantavirus outbreak, a risk of Hantavirus infection existed, the motion is hereby DENIED, and, to the extent the claim is based on DNC-Yosemite's allegedly negligent failure to provide timely post-outbreak notice of potential exposure to Hantavirus, the motion is hereby GRANTED.

6. As to the Eleventh Cause of Action (Negligent Infliction of Emotional Distress), the motion is hereby GRANTED.

7. As to the Twelfth Cause of Action (Civil Conspiracy), the motion is hereby GRANTED.

8. As to the Prayer for an award of punitive damages, the motion is hereby DENIED.[3]

---

[2] As DNC-Yosemite does not seek summary judgment on the First, Second, Third, and Eighth Causes of Action, and as the Fifth Cause of Action is not asserted on behalf of the Garisto Plaintiffs and Harrison Plaintiffs, and, further, as the Court will defer ruling on the alter ego liability of DNC and DNC-Parks, the Court does not address herein said five causes of action.

[3] Although the Court has some question as to whether plaintiffs can base their prayer for punitive damages on claims other than their fraud claims, the Court finds it preferable not to limit, at this time, the grounds on which plaintiffs may base such prayer, given that the facts offered in support of all remaining claims are, in large part, substantially the same.

9. As to the alter ego liability of DNC and DNC-Parks, ruling thereon is hereby DEFERRED, pending receipt of the parties' report advising the Court whether it remains necessary to address that issue.

**IT IS SO ORDERED.**

Dated: January 31, 2018

MAXINE M. CHESNEY
United States District Judge