# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: YOSEMITE NATIONAL PARK HANTAVIRUS LITIGATION | Case No. 14-md-02532-MMC |
| _____ | **ORDER RECOMMENDING TERMINATION OF MULTIDISTRICT LITIGATION** |
| THIS DOCUMENT RELATES TO: ALL CASES | |

By order filed June 4, 2014, the Judicial Panel on Multidistrict Litigation ("JPML") transferred two actions to this District to be, along with two actions originally filed in this District, coordinated or consolidated for pretrial proceedings. Thereafter, by order filed June 10, 2014, the JPML transferred two additional actions to this District for such coordination or consolidation.

After extensive pretrial proceedings, in which the Court issued numerous rulings on the parties' respective motions, each of the above-referenced six actions was dismissed, the parties thereto having settled or otherwise resolved all claims and cross-claims alleged therein. (See Doc. Nos. 250, 299, 300, 376, 378, 384.)

Accordingly, the Court recommends to the JPML that the above-titled multidistrict litigation be terminated.

**IT IS SO ORDERED.**

Dated: May 17, 2018

MAXINE M. CHESNEY
United States District Judge